Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Megan Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Zhuanjia Gu (State Bar No. 244863)
gu@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

Gregory F. Corbett (*pro hac vice*)
gcorbett@wolfgreenfield.com
Charles T. Steenburg (*pro hac vice*)
csteenburg@wolfgreenfield.com
Elizabeth A. DiMarco (*pro hac vice*)
edimarco@wolfgreenfield.com
Eric J. Rutt (*pro hac vice*)
erutt@wolfgreenfield.com
Jie Xiang (*pro hac vice*)
jxiang@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Attorneys for Plaintiffs*
*Infineon Technologies Austria AG*
*Infineon Technologies Americas Corp.*

Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Forrest A. Jones (SBN 286951)
forrest.jones@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4019
Facsimile: 202-408-4400

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer St.
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

*Attorneys for Defendants*
*Innoscience (Suzhou) Technology Company, Ltd.*
*Innoscience (Zhuhai) Technology Company, Ltd.*
*Innoscience America, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AUSTRIA AG, INFINEON TECHNOLOGIES AMERICAS CORP., <br><br> Plaintiff, <br><br> v. <br><br> INNOSCIENCE (SUZHOU) TECHNOLOGY COMPANY, LTD., INNOSCIENCE (ZHUHAI) TECHNOLOGY COMPANY, LTD., INNOSCIENCE AMERICA, INC., <br><br> Defendants. | CASE NO. 4:24-cv-01553-YGR <br><br> **JOINT STIPULATION TO STAY PENDING ITC PROCEEDING; [PROPOSED] ORDER** <br><br> Date: <br> Time: <br> Location:   Courtroom 1, 4th Floor <br> Judge:      Hon. Yvonne Gonzalez Rogers |

Plaintiffs Infineon Technologies Austria AG and Infineon Technologies Americas Corp. (collectively "Plaintiffs"), and Defendants Innoscience (Suzhou) Technology Company, Ltd., Innoscience (Zhuhai) Technology Company, Ltd. and Innoscience America, Inc. (collectively "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, pursuant to 28 U.S.C. § 1659(a) this Court has inherent power to control its docket and stay all proceedings when a respondent in an International Trade Commission proceeding requests a stay of this Court's proceedings pending the final resolution of the proceeding before the Commission.

WHEREAS, on March 18, 2024, Infineon Austria filed a complaint in the present action alleging infringement of U.S. Patent No. 9,899,481 ("the '481 Patent") by all Defendants. Dkt. 1. On July 23, 2024, Plaintiffs filed the Amended Complaint in the present action alleging infringement of the '481 Patent and U.S. Patent Nos. 8,686,562 ("the '562 Patent"), 9,070,755 ("the '755 Patent"), and 8,264,003 ("the '003 Patent") (collectively, the "Asserted Patents") by all Defendants. Dkt. 49.

WHEREAS, on July 26, 2024, Plaintiffs also filed a complaint in the ITC alleging a violation of Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 ("Section 337") based on alleged infringement of the same Asserted Patents by the same Defendants. *In the Matter of Certain Semiconductor Devices And Products Containing The Same*, Investigation No. 337-TA-1414 (the "1414 Investigation"). On August 27, 2024, the ITC instituted the 1414 Investigation. 89 Fed. Reg. No. 169 at 70667-68 (August 30, 2024). The ITC's Notice of Institution named Defendants Innoscience (Suzhou) Technology Holding Company, Ltd., Innoscience (Zhuhai) Technology Company, Ltd., and Innoscience America, Inc. in this civil action as Respondents in the 1414 Investigation. *Id.*

WHEREAS, pursuant to 28 U.S.C. § 1659, this Court must stay its proceedings at the request of a respondent to the ITC proceeding when the two proceedings involve the same issues. Specifically, 28 U.S.C. § 1659(a) provides as follows:

(a) Stay. In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a

respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the commission, but only if such request is made within —

(1) 30 days after the party is named as a respondent in the proceeding before the Commission, or

(2) 30 days after the district court action is filed, whichever is later."

28 U.S.C. § 1659(a). A stay issued under this statute remains in effect during any appeals and "until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

WHEREAS, Plaintiffs and Defendants are parties to both this action and the 1414 Investigation, and the two proceedings involve substantially the same issues, namely the alleged infringement of the Asserted Patents. *Compare* Dkt. 49 at ¶2 *with* 89 Fed. Reg. No. 169 at 70667-68 (August 30, 2024).

WHEREAS, this stipulation is timely under 28 U.S.C. § 1659(a)(1) because the ITC instituted the 1414 Investigation on August 27, 2024. A stay is, therefore, mandatory under § 1659(a). And this stipulation is made jointly by all parties to this civil action.

THEREFORE, the parties stipulate to a stay of this civil action in its entirety pending final resolution of the 1414 Investigation, including any and all appeals and until the Commission proceedings are no longer subject to judicial review. This stay extends the time for Defendants to respond to the Amended Complaint, including, without limitation, any defenses they may raise. Furthermore, upon dissolution of the stay of this civil action, Defendants request that they have thirty (30) days from the lifting of the stay to move against, answer, or otherwise respond to the complaint. Plaintiffs and Defendants shall jointly advise the Court of the final decision in the 1414 Investigation no more than 21 days after the determination of the 1414 Investigation becomes final.

For all of the foregoing reasons, the parties respectfully request that, pursuant to 28 U.S.C. § 1659 and the Court's inherent authority, the Court enter the attached proposed order staying all proceedings in this action until the determination of the 1414 Investigation becomes final, including any appeals and until the Commission proceedings are no longer subject to judicial review and providing that Defendants have thirty (30) days move against, answer, or otherwise respond to the complaint following dissolution of the stay, and otherwise vacating all deadlines in this action until such time as the stay is lifted and new deadlines are established.

    **IT IS SO STIPULATED**.

1

2    Dated: August 30, 2024

3    Respectfully submitted,

4

5    /s/ *Gregory F. Corbett*                    /s/ *Jacob Schroeder*

6

7    Karen I. Boyd (State Bar No. 189808)         Jacob Schroeder (SBN 264717)
     boyd@turnerboyd.com                          jacob.schroeder@finnegan.com
8    Megan Olesek (State Bar No. 191218)          FINNEGAN, HENDERSON, FARABOW,
     olesek@turnerboyd.com                        GARRETT & DUNNER, LLP
     Zhuanjia Gu (State Bar No. 244863)           3300 Hillview Avenue
9    gu@turnerboyd.com                            Palo Alto, CA 94304
     TURNER BOYD SERAPHINE LLP                    Telephone: (650) 849-6600
10   155 Bovet Road, Suite 750                    Facsimile: (650) 849-6666
     San Mateo, California 94402
11   Telephone: (650) 521-5930                    Forrest A. Jones (SBN 286951)
                                                  forrest.jones@finnegan.com
12   Gregory F. Corbett (*pro hac vice*)          FINNEGAN, HENDERSON, FARABOW,
     gcorbett@wolfgreenfield.com                  GARRETT & DUNNER, LLP
13   Charles T. Steenburg (*pro hac vice*)        901 New York Avenue, NW
     csteenburg@wolfgreenfield.com                Washington, DC 20001-4413
14   Elizabeth A. DiMarco (*pro hac vice*)        Telephone: 202-408-4019
     edimarco@wolfgreenfield.com                  Facsimile: 202-408-4400
15   Eric J. Rutt (*pro hac vice*)
     erutt@wolfgreenfield.com                     Lionel M. Lavenue (*pro hac vice*)
16   Jie Xiang (*pro hac vice*)                   lionel.lavenue@finnegan.com
     jxiang@wolfgreenfield.com                    FINNEGAN, HENDERSON, FARABOW,
17   WOLF, GREENFIELD & SACKS, P.C.               GARRETT & DUNNER, LLP
     600 Atlantic Avenue                          1875 Explorer St.
18   Boston, MA 02210                             Suite 800
     Telephone: (617) 646-8000                    Reston, VA 20190-6023
19                                                Telephone: (571) 203-2700
     *Attorneys for Plaintiffs*                   Facsimile: (202) 408-4400
20   *Infineon Technologies Austria AG*
     *Infineon Technologies Americas Corp.*       *Attorneys for Defendants*
21                                                *Innoscience (Suzhou) Technology Company, Ltd.*
                                                  *Innoscience (Zhuhai) Technology Company, Ltd.*
22                                                *Innoscience America, Inc.*

23

24

25

26

27

28

1

<u>**ATTESTATION**</u>

2

3      Counsel for Defendants hereby attests by his signature below that concurrence in the filing of

4   this document was obtained from counsel for Plaintiffs, Infineon Technologies Austria AG and

5   Infineon Technologies Americas Corp.

6

7   Dated: August 30, 2024                      FINNEGAN, HENDERSON, FARABOW,
                                                     GARRETT & DUNNER, LLP
8

9                                              By:   */s/ Jacob A. Schroeder*
                                                     Jacob A. Schroeder
10                                                   *Attorneys for Defendants*
                                                     *Innoscience (Suzhou) Technology Company, Ltd.*
11                                                   *Innoscience (Zhuhai) Technology Company, Ltd.*
                                                     *Innoscience America, Inc.*
12

13

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16  Dated:                                      _____
                                                Honorable Yvonne Gonzalez Rogers
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28